# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| RUI'AN FENGQIU BATHROOM SANITARY WARE CO., LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> RYUWANKU US, FRANSITON, AND VOTON <br><br> *Defendants*. | Civil Action No. 4:25-cv-1412 <br><br> JURY TRIAL DEMANDED |

# ORDER

This matter is before the Court on Plaintiff Rui'an Fengqiu Bathroom Sanitary Ware Co., Ltd., ("Plaintiff" or "RFBS")'s Motion for Expedited Discovery and Alternative Service ("Motion"). After reviewing the Motion and accompanying record, the Court grants the Motion as follows:

1. Plaintiff may conduct expedited discovery, including third-party discovery on Amazon.com, Inc., to ascertain the identities and locations of Defendants. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services to Defendants or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon.com Inc. (collectively the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of documents and records in such person's or entity's possession or control relating to:

    A. the identities and locations of Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates and any persons acting in active concert or participation

with them, including all known contact information and all associated e-mail addresses; and

B. the nature of Defendants' operations and all associated sales, methods of payments for services and financial information, including, without limitation, identifying information associated with the Online Marketplace and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

2.     Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of any preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses associated with Defendant and provided by Amazon. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendant receives from Amazon, shall constitute notice reasonably calculated under all circumstances to apprise Defendant of the pendency of the action and afford them the opportunity to present their objections. The Clerk of the Court is directed to issue a single summons that is applicable to all Defendants.