AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Ruian Fengqiu Bathroom Sanitary Ware Co., Ltd.     )
*Plaintiff*                                         )
v.                                                  )     Case No.   4:25-cv-01412-JDK
Ryuwanku US, et al.                                 )
*Defendant*                                         )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ryuwanku US                                         .

Date:   Jan 19, 2026

*Attorney's signature*

Haipeng Xiao
*Printed name and bar number*

STE 1601,16/F., AXA Tower, Landmark East
100 How Ming Street, Kwun Tong, Kowloon
*Address*

henryxiao@isrealip.legal
*E-mail address*

3146680120
*Telephone number*

*FAX number*

Print    Save As...    Reset